Janet H. Linton - 024818
jlinton@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
1760 East River Road
Suite 230
Tucson, Arizona 85718-5990
Telephone: (520) 618-1050
MinuteEntries@jsslaw.com

Attorneys for Defendant Costco Wholesale
Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ana Karina Gutierrez and Jesus Gutierrez, wife and husband, <br><br> Plaintiffs, <br><br> vs. <br><br> Costco Wholesale Corporation, a foreign corporation, d/b/a Costco; "John Does" 1-10; "Jane Does" 1-10; XYZ Corporations 1-10; ABC PARTNERSHIPS 1-10, <br><br> Defendants. | No. <br><br><br> **Notice of Removal** <br><br><br><br> Pima County Superior Court Case No. C20224495 |

Defendant Costco Wholesale Corporation, under 28 U.S.C. § 1446 and LRCiv 3.6, hereby remove Pima County Superior Court Case No. C20214411 to the United States District Court for the District of Arizona. Removal is proper for the following reasons:

1.    Plaintiffs Ana Karina Gutierrez and Jesus Gutierrez ("Plaintiffs") filed this lawsuit on November 4, 2022 in Pima County Superior Court.  In their complaint, Plaintiffs alleged that they are a resident of Pima County, Arizona.

2.    Costco Wholesale Corporation ("Costco") was served with a summons and complaint on December 20, 2022.  As Plaintiffs alleged in their Complaint, Costco is a foreign corporation.  Specifically, Costco is incorporated in the state of Washington with its principal place of business in Washington. It is therefore a citizen of Washington for

8618418v1(69912.11)

diversity purposes.

3.    Plaintiffs have designated this case as a Tier 3 case, meaning that they are claiming $300,000.00 or more pursuant to Rule 26.2, Ariz.R.Civ.P.  Therefore, the amount in controversy is over $75,000.

4.    This Court has original jurisdiction over this case under 28 U.S.C. § 1332(a) because this civil action is between citizens of different states and because the amount in controversy exceeds $75,000.

5.    Removal is timely under 28 U.S.C. § 1446(b)(1) because Defendant is filing the notice within 30 days after receipt of the initial pleading.

6.    Following LRCiv 3.6(a), Defendant has filed a copy of this Notice of Removal with the Clerk of the Pima County Superior Court.

7.    Following LRCiv 3.6(b), Defendant has attached the following:

Doc. 1-1    Exhibit A-Civil Cover Sheet

Doc. 1-2    Exhibit B-Supplemental Cover Sheet

Doc. 1-3    Exhibit C-Most Recent State Court Docket

Doc. 1-4    Exhibit D-Operative Complaint

Doc. 1-5    Exhibit E-Service Documents

Doc. 1-6    Exhibit F-Notice of Appearance

Doc. 1-7    Exhibit G-Remainder of State Court Docket

Doc. 1-8    Exhibit H-Verification verification that true and complete copies of all pleadings and other documents filed in the state court proceeding have been filed.

DATED this 10th day of January, 2023.

JENNINGS, STROUSS & SALMON, P.L.C.


By *s/ Janet Linton*
Janet Linton

2

8618418v1(69912.11)

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin M. Moore
Camille S. Catsaros
MOORE LAW FIRM, PLLC
4578 East Camp Lowell Drive
Tucson, AZ 85712
KM@moorelawfirmaz.com
CC@moorelawfirmaz.com
Attorney for Plaintiff

By *s/ M. Southard*

3

8618418v1(69912.11)