# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ana Karina Gutierrez, et al., | No. CV-23-00018-TUC-JCH |
| Plaintiffs, | **ORDER** |
| v. | |
| Costco Wholesale Corporation, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 50). Good cause appearing,

**IT IS ORDERED** dismissing the Complaint with prejudice, each party to bear their own costs and attorney's fees.

Dated this 29th day of July, 2025.

John C. Hinderaker
United States District Judge